An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PLATINUM REALTY AND HOLDINGS, LLC, A DOMESTIC LIMITED LIABILITY COMPANY,

Appellant,

vs.

U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT ASSET HOLDINGS TRUST XVI, A FOREIGN TRUST ENTITY; SUMMIT REAL ESTATE SERVICES, A FOREIGN LIMITED LIABILITY COMPANY; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA, A FOREIGN CORPORATION; AND JEFFREY L. LANE, AN INDIVIDUAL,

Respondents.

No. 66475

**FILED**

JAN 29 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Maier Gutierrez Ayon, PLLC
Wright, Finlay & Zak, LLP/Las Vegas
Jeffrey L. Lane
Household Finance Realty Corp. of Nev.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-03224